United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 14-20349-RAM
Orlando L. Mejia                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: lebronl           Page 1 of 1                Date Rcvd: Mar 22, 2017
                               Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
93217800       +PROF-2013-S3 Legal Title Trust,   Fay Servicing, LLC,   939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Brandi Rainey Lesesne, Esq.    on behalf of Creditor    PROF 2013 M4 Legal Title Trust, by U.S.
               Bank National Association, as Legal Title Trustee ecfflsb@aldridgepite.com,
               blesesne@ecf.inforuptcy.com
              Connie J Delisser, Esq.    on behalf of Creditor    Bank of America, N.A.
               cdelisser@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com
              Craig A Edelman    on behalf of Creditor    PROF 2013 M4 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee craig.edelman@buckleymadole.com
              Meridyth  Wasserman    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee mwasserman@rasflaw.com
              Nancy K. Neidich    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ricardo  Corona, Esq.    on behalf of Debtor Orlando L. Mejia bk@coronapa.com
              Stephen J Modric    on behalf of Creditor    Bank of America, N.A. ecf@butlerandhosch.com
              Wanda D Murray    on behalf of Creditor    PROF 2013 M4 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee ecfflsb@aldridgepite.com,  wmurray@ecf.inforuptcy.com
              Wanda D Murray    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee ecfflsb@aldridgepite.com,
               wmurray@ecf.inforuptcy.com
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Southern District of Florida
Case No. 14-20349-RAM
Chapter 13

In re: Debtor(s) (including Name and Address)

Orlando L. Mejia
7326 Stardust Drive
Hialeah FL 33015

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/21/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: PROF-2013-S3 Legal Title Trust, Fay Servicing, LLC, 939 W. North Avenue, Suite 680, Chicago, IL 60642 | Fay Servicing, LLC<br>440 S. LaSalle Street<br>Ste. 2000<br>Chicago, IL 60605 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/24/17

Joe Falzone
**CLERK OF THE COURT**